# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KATZAKIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW DAY FINANCIAL, LLC, doing business as Newday USA,<br><br>Defendant. | Case No. 1:19-cv-00173-DAD-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 9) |

On June 21, 2019, Plaintiff filed a "Voluntary Notice of Dismissal of Action" in which Plaintiff notifies the Court of the dismissal of Plaintiff's individual claims with prejudice and the dismissal of the claims of any putative class member without prejudice. (Doc. 9.) Plaintiff filed this notice before Defendant served either an answer or a motion for summary judgment. Thus, Plaintiff has voluntarily dismissed her individuals claims with prejudice, and the claims of any putative class member without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  **June 24, 2019**                /s/ *Sheila K. Oberto*              
UNITED STATES MAGISTRATE JUDGE